Order issued January 17, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00283-CR

**DERRICK DEON CHRISTOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices FitzGerald, Fillmore, and Evans

Based on the Court's opinion of this date, we **GRANT** the September 5, 2012 motion of

Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk

of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Derrick Deon

Christor, No. 1766384, Ware Transfer Facility, 1681 South FM 3525, Colorado City, Texas,

79512.

KERRY P. FITZGERALD
JUSTICE